**Order filed October 4, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00686-CV**

_____

**IN THE MATTER OF MARRIAGE OF RACHEL LYNN BEVERLY AND CHAD ASHLEY BEVERLY, Appellant**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-64129**

---

## ORDER

According to information provided to this court, there is no appealable order in this case. Our records reflect that an order was signed July 8, 2011, and the notice of appeal was filed August 8, 2011.

The clerk's record has not been filed in this appeal. The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record. Appellant filed an affidavit of indigence to which a contest was sustained. Appellant has requested that this court review the trial court's ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **November 3, 2011.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest to the affidavit of indigence; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM

2